The Court,
 

 without hearing the defendant’s testimon)', gave judgment against the plaintiff, and adjudged him to pay the defendant his costs, viz: the office and witnesses costs, sheriff’s fees, and the appearance fee of the plaintiff’s attorney. The legislature has given to a landlord a special remedy against his tenant, where he has grounds to believe an intention to leave the State. The plaintiff made oath before the protbonotary, and took out a writ and held the defendant to bail. He was bound to follow up that proceeding by showing to this court such a state of facts as would entitle him to an order for better security for the rent. He has failed to do so, and the court are of opinion that there was not a sufficient cause for demanding better security of the defendant
 

 Mr. Rogers
 
 moved the court for the allowance of “charges” under the act of assembly
 
 (Dig.
 
 52,) in addition to the legal costs; which the court refused.